UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

JS-6

Insurance Company of the West et al.,

        Plaintiffs,

v.

Employment Development Department et al.,

        Defendants.

EDCV 16-248-VAP (x)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed on May 24, 2016, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:     5/25/16

                                                Virginia A. Phillips
                                                United States District Judge